O'Rourke v Hammerstein Ballroom (2025 NY Slip Op 06911)

O'Rourke v Hammerstein Ballroom

2025 NY Slip Op 06911

Decided on December 11, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 11, 2025

Before: Manzanet-Daniels, J.P., Gesmer, González, Shulman, O'Neill Levy, JJ. 

Index No. 161427/19|Appeal No. 5351|Case No. 2024-06301|

[*1]Jack O'Rourke, Plaintiff-Appellant,
v
Hammerstein Ballroom et al., Defendants-Respondents.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Margaret A. Chan, J.), entered on or about August 23, 2024,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated November 11, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: December 11, 2025